# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-3433
_____

CASSANDRA LEE CARLSON,

Petitioner,

v.

MAJOR JEFFREY CLOUTIER,
Director, Alachua County
Department of the Jail,

Respondent.
_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


October 4, 2019


PER CURIAM.

The petition for writ of habeas corpus is denied on the merits.

B.L. THOMAS, ROWE, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stacy A. Scott, Public Defender, and Kristofer W. Eisenmenger, Assistant Public Defender, Gainesville, for Petitioner.

Ashley Moody, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.